**Order entered December 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01409-CV

### IN RE EQUIMARK REALTY CORPORATION, Relator

**Original Proceeding from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-15-11921**

## ORDER

Before the Court is relator's unopposed motion for leave to supplement its petition for writ of mandamus to include the certification required by rule 52.3(j) of the Texas Rules of Appellate Procedure and to provide a sworn copy of the trial court's order. We **GRANT** the motion and treat the rule 52.3(j) certification and sworn copy of the trial court's order as properly filed in support of the petition of writ of mandamus.

/s/     MOLLY FRANCIS
        JUSTICE